Anna Maria Martin (Nevada Bar No. 7079)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Wendy L. Furman
Wendy.furman@emhllp.com
EDISON, MCDOWELL & HETHERINGTON LLP
2101 N.W. Corporate Boulevard
Suite 316
Boca Raton, Florida 33431
Telephone: (561) 994-4311
Facsimile: (561) 982-8985

***PRO HAC VICE APPLICATION PENDING***

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

**CONTINUED ON SECOND PAGE**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICK ERDMANN, | Case No. 2:17-cv-2383-JAD-PAL |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

Robert J. Rosati (Bar No. 112006)
robert@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone (559) 478-4119
Facsimile: (559) 478-5939

***PRO HAC VICE APPLICATION PENDING***

Trevor Hatfield (Nevada Bar No. 7373)
thatfield@hatfieldlawassociates.com
HATFIELD LAW ASSOCIATES
703 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 388-4469
Facsimile: (702) 684-5147

Attorneys for Plaintiff
RICK ERDMANN

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY may have an additional three weeks within which to answer or otherwise respond to plaintiff's complaint. The last day for defendant to answer or otherwise respond to plaintiff's complaint is November 3, 2017.

Good cause exists for this request as counsel for defendant has only recently been retained in this matter and needs additional time to complete a full review before providing an answer or otherwise respond to plaintiff's complaint. This extension will not affect any existing deadline already scheduled by the Court. This is the first extension to answer or otherwise respond to plaintiff's complaint.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document, (2) Plaintiff has

/ / /

/ / /

/ / /

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

159156.1

2

Case No. 2:17-cv-2383-JAD-PAL
STIPULATION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO PLAINTIFF'S
COMPLAINT

1 | concurred with the filing of this document; and (3) a record supporting this
2 | concurrence is available for inspection or production if so ordered.

Dated: October 13, 2017

Robert J. Rosati

Trevor Hatfield
Hatfield Law Associates

By:    */s/ Trevor Hatfield*
     Trevor Hatfield
     Attorneys for Plaintiff
     RICK ERDMANN

Dated: October 13, 2017

Anna Maria Martin
MESERVE, MUMPER & HUGHES LLP

Wendy L. Furman
EDISON, MCDOWELL & HETHERINGTON LLP

By:    */s/ Anna Maria Martin*
     Anna Maria Martin
     Attorneys for Defendant
     THE LINCOLN NATIONAL LIFE
     INSURANCE COMPANY

**IT IS SO ORDERED** this 18th day of October, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

159156.1

3

Case No. 2:17-cv-2383-JAD-PAL
STIPULATION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO PLAINTIFF'S
COMPLAINT