UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICK ERDMANN,<br><br>                Plaintiff,<br>v.<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>                Defendant. | Case No. 2:17-cv-02383-JAD-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 21) |

This matter is before the court on the Substitution of Attorneys (ECF No. 21). Plaintiff Rick Erdmann seeks leave to represent himself in proper person in the place of Robert Rosati and Trevor Hatfield. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." Mr. Erdman is advised that as a self-represented person he will be required to comply with all court imposed deadlines, the Federal Rules of Civil Procedure and the Local Rules of Practice even though he may not be an attorney. He will also be required to familiarize himself with the substantive law that applies to his case.

The notice attached to the substitution states that plaintiff will be retaining new counsel. If that is the case, then new counsel shall make an appearance in accordance with the requirements of the Local Rules of Practice.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 21) is **GRANTED**.

1

2. Plaintiff shall represent himself in proper person in the place of Robert Rosati and Trevor Hatfield subject to the provisions of LR IA 11-6(c) and (d).

3. The Clerk of the Court shall serve the plaintiff with a copy of this order at his last known address:

   Rick Erdmann
   9305 Buckhaven Dr.
   Las Vegas, NV 89117

   Phone: (702) 755-5030
   Email: erdmannrick443@yahoo.com

4. Should plaintiff retain new counsel, the attorney shall make an appearance in accordance with the requirements of the Local Rules of Practice.

DATED this 5th day of January, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE