Rick Erdmann (*in pro persona*)
　E-mail: erdmannrick443@yahoo.com
9305 Buckhaven Drive
Las Vegas, Nevada 98117
Telephone: (702) 755-5030

Plaintiff (*in pro persona*)
RICK ERDMANN

# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF NEVADA

| | |
|---|---|
| RICK ERDMANN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Civil Action No.: 2:17-cv-02383-JAD-PAL<br><br>**EMERGENCY STIPULATION AND JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE CURRENTLY SET FOR JANUARY 16, 2018 BY 60 DAYS** |

Come now the parties and, after conference of counsel, jointly request that the Court continue the Scheduling Conference in this matter for a period of 60 days pending substitution of counsel. In support hereof, the parties show the Court as follows:

1.　This is a suit for declaratory relief under an ERISA-governed employee benefit plan pursuant to 29 U.S.C. §1132(a)(1) and (3).

2.　On December 29, 2017, Plaintiff, Rick Erdman substituted himself *in pro persona*, in place and stead of attorneys Robert J. Rosati and Trevor Hatfield [Dkt. 21].

3.　On January 5, 2018 the Court granted the request of Plaintiff Rick Erdman to represent himself (Dkt. 22].

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

4. Plaintiff's prior counsel, Robert J. Rosati, has referred this litigation matter to the California law firm of Kantor & Kantor, LLP, with Plaintiff Rick Erdmann's approval.

5. Kantor & Kantor has contacted Las Vegas, Nevada lawyer Julie Mersch, and she has agreed to substitute into the case as local counsel, and Glenn R. Kantor of Kantor & Kantor will be substituted into the case as lead counsel as soon as his *pro hac vice* application is submitted and approved by the Court.

6. Kantor & Kantor has conferred with counsel for The Lincoln National Life Insurance Company, regarding the need to continue the currently scheduled January 16, 2018 Scheduling Conference.

WHEREFORE, the parties jointly request that the Court continue the January 16, 2018 Scheduling Conference for 60 days to a date convenient for the Court's calendar.

IT IS SO STIPULATED.

DATED: January 11, 2018                    RICK ERDMANN (*in pro persona*)


By:   */s/ Rick Erdmann*
      Rick Erdmann
      Plaintiff (*in pro persona*)

DATED: January 11, 2018                    MESERVE, MUMPER & HUGHES LLP


By:   */s/AnnaMaria Martin*
      Anna Maria Martin
      Attorneys for Defendant
      THE LINCOLN NATIONAL
      INSURANCE COMPANY

*Pursuant to Local Rule IC 5-1(d) regarding signatures, Rick Erdmann hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

# ORDER

IT IS SO ORDERED.

The Court hereby continues the January 16, 2018 Scheduling Conference to the date of March 27, 2018, at 9:00 a.m., in Courtroom 3B.

DATED: January 12, 2018

_____
PEGGY A. LEEN
U.S. MAGISTRATE JUDGE

Rick Erdmann (*in pro persona*)
E-mail: erdmannrick443@yahoo.com
9305 Buckhaven Drive
Las Vegas, Nevada 98117
Telephone: (702) 755-5030

Plaintiff (*in pro persona*)
RICK ERDMANN

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| RICK ERDMANN,<br><br>         Plaintiff,<br><br>  v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>         Defendant. | Civil Action No.: 2:17-cv-02383-JAD-PAL<br><br>**DECLARATION OF GLENN R. KANTOR IN SUPPORT OF EMERGENCY STIPULATION AND JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE CURRENTLY SET FOR JANUARY 16, 2018 BY 60 DAYS** |

I, Glenn R. Kantor, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before all courts in the State of California. I am one of the founding partners of the law firm of Kantor & Kantor, LLP. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

1. The facts stated in the concurrently filed Emergency Stipulation and Joint Motion to Continue Scheduling Conference Currently Set for January 16, 2018 by 60 Days are correct, true and accurate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of January, 2018 at Northridge, California.

/s/ Glenn R. Kantor
Glenn R. Kantor

1

EMERGENCY STIPULATION AND JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525