Anna Maria Martin (Bar No. 7079)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone:   (213) 620-0300
Facsimile:    (213) 625-1930

316 California Ave. #216
Reno, Nevada 89509

Wendy L. Furman (Fla. Bar No. 0085146)
wendy.furman@mhllp.com
McDOWELL HETHERINGTON LLP
2101 N.W. Corporate Blvd., Suite 316
Boca Raton, FL 33431
Telephone:   (561) 994-4311
Facsimile:    (561) 982-8985
*Admitted pro hac vice*

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| RICK ERDMANN, | Case No. 2:17-cv-02383-JAD-PAL |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISPOSITIVE MOTIONS DEADLINE** |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | (First Request) |
| Defendant. | |

Plaintiff Rick Erdmann and Defendant The Lincoln National Life Insurance Company ("Lincoln National"), by and through their respective counsel, hereby stipulate and agree:

1. This is an action under the Employee Retirement Income Security Act of 1974 as amended, 29 U.S.C. § 1001 *et seq.* ("ERISA").

2. Pursuant to the July Joint Status Report (Doc. 35), the Parties agreed to file their motions for summary judgment by October 31, 2018.

3. In an attempt to resolve the case before incurring substantial fees associated with motions for summary judgment, the Parties unsuccessfully mediated on May 9, 2018. Since then, the Parties have continued to explore multiple settlement options. However, after months of exhaustive settlement negotiations, the Parties remain at an impasse. As this is an ERISA action, the Parties agree that it should be resolved on summary judgment.

4. To date, the Parties avoided the time and expense associated with drafting dispositive motions (both to the Parties and the Court) as they continued their settlement discussions. Because the Parties cannot settle, they now agree that dispositive motions are necessary and appropriate. As such, the Parties request a two-week extension to file their respective motions for summary judgment, and propose the following deadlines: dispositive motions will be filed by **Tuesday, November 13, 2018**; responses by **Thursday, December 13, 2018**, and replies by **Friday, January 11, 2019**.

5. This is the first stipulation for an extension of the dispositive motion deadline. The Parties do not presently anticipate any further extensions of this deadline will be necessary. This extension is sought in good faith after the Parties continuously negotiated to reduce the additional expenses associated with filing dispositive motions while they continued their extensive settlement discussions. It is not requested for any improper purpose.

Dated: October 26, 2018

**LAW OFFICE OF JULIE A. MERSCH**

By: */s/ Julie A. Mersch*
Julie A. Mersch, Esq.
NV Bar No. 004695
701 South 7th Street
Las Vegas, Nevada 89101

**KANTOR & KANTOR LLP**
Glenn R. Kantor, Esq.
gkantor@kantorlaw.net
19839 Nordhoff Street
Northridge, California 91324

*Attorneys for Plaintiff Rick Erdmann*

| | | |
|---|---|---|
| 1 | Dated: October 26, 2018 | **McDOWELL HETHERINGTON LLP** |
| 2 | | |
| 3 | | By: */s/ Wendy L. Furman* |
| 4 | | Wendy L. Furman, Esq.<br>wendy.furman@mhllp.com |
| 5 | | 2101 N.W. Corporate Blvd., Suite 316<br>Boca Raton, Florida 33431 |
| 6 | | **MESERVE MUMPER & HUGHES, LLP** |
| 7 | | Anna Maria Martin, Esq.<br>NV Bar No. 7079 |
| 8 | | amartin@mmhllp.com<br>316 California Avenue, #216 |
| 9 | | Reno, Nevada 89509 |
| 10 | | *Attorneys for Defendant The Lincoln National Life Insurance Group* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
OR UNITED STATES MAGISTRATE JUDGE

DATED: October 29, 2018