UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| RICK ERDMANN, | Case No. 2:17-cv-02383-JAD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

Before the court is defendant's Notice of Settlement (ECF No. 42). The notice advises that court that the parties have reached an agreement to resolve the matter in its entirety and anticipate 45 days to resolve this matter. Accordingly,

**IT IS ORDERED** that the parties shall have until **December 27, 2018** to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation will be filed.

DATED this 15th day of November, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE